Total Pages: 40

(Official Form 1) (12/03)

USBC, EDCA (Rev. 12/03)

| Form B1 | UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **BRISTOW, ROBERT LYNN** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): **3394** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code): **9716 HICKOCK DR. STOCKTON, CA 95209** | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the Principal Place of Business:     **San Joaquin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed (Check one box) |
|---|---|---|
| ☒ Individual(s)        ☐ Railroad | | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation        ☐ Stockbroker | | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership        ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____      ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☒ Consumer/Non-Business      ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Form EDC 2-020. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 - $50,000 | $50,001 - $100,000 | $100,001 - $500,000 | $500,001 - $1 million | $1,000,001 - $10 million | $10,000,001 - $50 million | $50,000,001 - $100 million | More than $100 million |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 - $50,000 | $50,001 - $100,000 | $100,001 - $500,000 | $500,001 - $1 million | $1,000,001 - $10 million | $10,000,001 - $50 million | $50,000,001 - $100 million | More than $100 million |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

FOR COURT USE ONLY

**05-25355-D-7**
DEBTOR: ROBERT BRISTOW
DEBTOR IS PRO SE
JUDGE: HON. T. HOLMAN
TRUSTEE: M. MCGRANAHAN
341 MEETING (Tentative Setting):
6/9/05, 08:30 AM - mod
Official meeting notice to be mailed
CHAPTER: 7   COUNTY: SAN JOAQUIN
FILED 5/4/05 - 12:14 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
RECEIPT NO: 2-5-008125 $209 bres

2005-25355

551

j

(Official Form 1) (12/03)

FORM B1, Page 2 USBC, EDCA (Rev. 12/03)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>BRISTOW, ROBERT LYNN |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Robert Bristow_
Signature of Debtor

X _209-475-9165_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date _5/2/05_

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public healthy

☐   Yes, and Exhibit C is attached and made a part of this petition.
☒   No.

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)     Bar ID Number

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

BRENT DA SILVA
Printed or Typed Name of Bankruptcy Petition Preparer

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
Social Security Number

2311 N. EL DORADO ST. STOCKTON CA 95204
Address

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _Brent Da Silva_
Signature of Bankruptcy Petition Preparer

_4-7-2005_
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

2

Form B6 Continued - (6/90)

USBC, EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

| In re | | Case No.: | |
|---|---|---|---|
| | BRISTOW, ROBERT LYNN     Debtor. | | (If known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A- | Real Property | yes | 1 | $ 240,000.00 | | |
| B- | Personal Property | yes | 3 | $ 30,840.00 | | |
| C- | Property Claimed as Exempt | yes | 1 | | | |
| D- | Creditors Holding Secured Claims | yes | 1 | | $ 210,549.00 | |
| E- | Creditors Holding Unsecured Priority Claims | yes | 1 | | $ 0 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | yes | 6 | | $ 52,915.00 | |
| G- | Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H- | Codebtors | yes | 1 | | | |
| I- | Current Income of Individual Debtor(s) | yes | 1 | | | $ 1,990.00 |
| J- | Current Expenditures of Individual Debtor(s) | yes | 1 | | | $ 3,074.00 |
| | Total Number of Sheets of ALL Schedules  > | | 17 | | | |
| | Total Assets  > | | | $ 270,840.00 | | |
| | Total Liabilities  > | | | | 263,464.00 | |

3

Form B6A - (10/89)                                                                                                          USBC, EDCA

| In re | | Case No.: | |
|---|---|---|---|
| BRISTOW, ROBERT LYNN | Debtor. | | (If known) |

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| single family residence at 9716 HICKOCK DR. STOCKTON, CA 95209 | fee simple | | ½ interest 240,000.00 | ½ interest 180,000.00 |

Total ➤  $ | 240,000.00 ½ interest

(Report also on Summary of Schedules.)

Y

Form B6B - (10/89)                                                                 USBC, EDCA

| In re | | Case No.: | |
|---|---|---|---|
| BRISTOW, ROBERT LYNN | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | WA Mutual 3833078715 | | 40.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | 4 bdrm sets,table,2vcr,2 sofa, tv | | 800.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books | | 100.00 |
| 6. | Wearing apparel. | | clothing for 1 person | | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

5

Form B6B - Continued (10/89)                                          USBC, EDCA

| In re | BRISTOW, ROBERT LYNN | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. | Accounts receivable. | X | | | |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. (Form B6A) | X | | | |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

6

Form B6B - Continued (10/89)          USBC, EDCA

| In re | BRISTOW, ROBERT LYNN | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Harley white/silver 28,000 mi | | 9,000.00 |
| 24. Boats, motors, and accessories. | X | 2001 Isuzu 4 dr white 87,000 mi | | 20,000.00 |
| 25. Aircraft and accessories. | X | 1991 Toyota 2 dr white 198,000 mi | | 400.00 |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _0_ continuation sheets attached | | $ 30,840.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

Form B6C - (6/90)                                          USBC, EDCA

| In re BRISTOW, ROBERT LYNN          Debtor: | Case No.: (If known) |
| --- | --- |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).  Note: These exemptions are available only in certain states.

☒  11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
| --- | --- | --- | --- |
| Residence | CCP704.710 | 61,070.00 | 240,000.00 |
| Deposits in Financial Institutions | CCP704.080 | 40.00 | 40.00 |
| Household Goods & Wearing Apparel | CCP704.020 | 1,400.00 | 1,400.00 |
| Motor Vehicle | CCP704.010 | 29,800.00 | 29,400.00 |

8

Form B6D - (Rev. 6/90)                                                                USBC, EDCA

| In re BRISTOW, ROBERT LYNN                    Debtor. | Case No.:                    (If known) |
|---|---|

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 500821165759100001 Wells Fargo Auto Finance PO Box 60966 Los Angeles, CA 90060 | | | 11/01 2001 Izuzu Rodeo  Value $ 7,800.00 | | u | | 21,000.00 | 13,200.00 |
| ACCOUNT NO. 20020202334475 Harley Davidson Credit 8529 Innovation Way Chicago, IL 60682-0085 | | | 2/02 94 Harley  Value $ 13,000.00 | | u | | 10,619.00 | |
| ACCOUNT NO. 1519897866 Chase Home Finance PO Box 78420 Phoenix, AZ 85062 | | | house 7/00  Value $ 240,000.00 | | u | | 178,930.00 | |
| ACCOUNT NO. | | | Value $ | | u | | | |

|  | | |
|---|---|---|
| __0__ Continuation sheets attached | Subtotal (Total of this page) | $ |
| | Total (Use only on last page of Schedule D) | $ 210,549.00 |

(Report Total also on Summary of Schedules)

Form B6E - (Rev. 4/98)                                                                                          USBC, EDCA

| In re | Case No.: |
|---|---|
| BRISTOW, ROBERT LYNN          Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case:**  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions:**  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans:**  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen:**  Claims of certain farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals:**  Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support:**  Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units:**  Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution:**  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*  Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Form B6F- ( 9/97)                                                          USBC, EBCA

| In re BRISTOW, ROBERT LYNN | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3000171953<br>Catholic Healthcare West<br>St. Josephs Behavorial Healthcare<br>PO Box 60000 File #73485<br>San Francisco, CA 94160 | | | 10/04 medical | | u | | 5,460.00 |
| ACCOUNT NO. 290786820<br>Central State Credit Union<br>PO Box 1329<br>Stockton, CAS 95201 | | | 9/04 credit card | | u | | 7,218.00 |
| ACCOUNT NO. 7111303175353100<br>Costco<br>PO Box 60148<br>City of Industry, CA 91716 | | | 9/04 credit card | | u | | 3,824.00 |
| ACCOUNT NO. 566135698<br>Firestone Credit First NA<br>PO Box 81344<br>Cleveland, OH 44188 | | | 10/04 credit card | | u | | 1,100.00 |

_5_ continuation sheets attached

|  | Subtotal ➤ | $ 17,602.00 |
|---|---|---|
|  | Total ➤ | $ |

(Report Total also on Summary of Schedules)

11

Form B6F - Continued - (9/97)                                             USBC, EDCA

| In re: BRISTOW, ROBERT LYNN | Case No.: |
|---|---|
| Debtor. | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6018595520177094<br>Gap<br>PO Box 530942<br>Atlanta, GA 30353 | | | 10/04 credit card | | u | | 471.00 |
| ACCOUNT NO. 6035510120245588<br>Goodyear Processing Ctr.<br>Des Moines, IA 50369 | | | 10/04 ncredit card | | u | | 666.00 |
| ACCOUNT NO. 6035320059689347<br>Home Depot<br>PO Box 6028<br>The Lakes, NV 88901 | | | 10/04 credit card | | u | | 1,500.00 , |
| ACCOUNT NO. 5491070009329069<br>Household Bank<br>PO Box 60102<br>City of Industry, CA 91716 | | | 10/04 credit card | | u | | 2,395.00 |
| ACCOUNT NO. 3065658290<br>Kay Jewelers<br>PO Box 740425<br>Cincinnati, OH 45274 | | | 10/04 credit card | | u | | 9,028.00 |

Subtotal ➤    $ 14,060.00
(Total of this page)

Sheet no. __1__ of __5__ sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

Total ➤    $
(Use only on last page of Schedule F)

(Report Total also on Summary of Schedules)

12

Form B6F - Continued - (9/97)　　　　　　　　　　　　　　　　　USBC, EDCA

| | |
|---|---|
| BRISTOW, ROBERT LYNN　　　　　Debtor. | Case No.:　　　　　(If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4402530497420　Macys　PO box 4581　Carol Stream, IL 60197 | | | 10/04 credit card | | u | | 821.00 |
| ACCOUNT NO. 69700979139　Mervyns RNB　PO Box 59316　Minneapolis, MN 55459 | | | 10/04 credit card | | u | | 588.00 |
| ACCOUNT NO. 5121075036042260　Sears　PO Box 6564　The Lakes, NV 88901 | | | 8/04 credit card | | u | | 620.00 |
| ACCOUNT NO. 8060526449885　Sears　PO Box 6563　The Lakes, NV 88901 | | | 8/04 credit card | | u | | 1,743.00 |
| ACCOUNT NO. 4352378347319812　Target　PO Box 59317　Minneapolis, MN 55459 | | | 9/04 credit card | | u | | 912.00 |

Subtotal ➤ $ 4,684.00
(Total of this page)

Total ➤ $
(Use only on last page of Schedule F)

Sheet no. 3 of 5 sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

(Report Total also on Summary of Schedules)

13

Form B6F - Continued - (9/97)                                    USBC, E.D.CA

| In re BRISTOW, ROBERT LYNN                     Debtor. | Case No.: (If known) |
|---|---|

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 37003025001 Verizon Wireless PO Box 4001 Inglewood, CA 90313 | | | 11/04 svc | | u | | 1,013.00 |
| ACCOUNT NO. 6035251005473363 Zales Processing Ctr. Des Moines, IA 50364 | | | 10/04 credit card | | u | | 1,883.00 |
| ACCOUNT NO. 4104140008354616 Circuit City PO Box 42313 Richmond, VA 23242 | | | 9/04 credit card | | u | | 9,698.00 |
| ACCOUNT NO. 6032203521672823 Walmart PO Box 530927 Atlanta, GA 30353 | | | 9/04 credit card | | u | | 374.00 |
| ACCOUNT NO. 11516 Muhammad S. Zia MD 2626 N. California #E Stockton, CA 95204 | | | 10/04 medical | | u | | 315.00 |

Sheet no. 3 of 5 sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal ➤ $ 13,283.00
(Total of this page)

Total ➤ $
(Use only on last page of Schedule F)

(Report Total also on Summary of Schedules)

14

Form B6F - Continued - (9/97)                                              USBC, EDCA

In re BRISTOW, ROBERT LYNN                          Case No.:
                                          Debtor.              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 05037117917<br>Nationwide Credit<br>PO Box 740640<br>Atlanta, GA 30374 | | | 10/04 coll for Am.Ex/Ptrv. | | u | | dup |
| ACCOUNT NO. 371742073623009<br>American Express Travel<br>PO Box 360002<br>Ft. Lauderdale, FL 33336 | | | credit card | | u | | 2,143.00 |
| ACCOUNT NO. 60185962046660405<br>Risk Management Alternative<br>11214 Renner Rd.<br>Lenexa, KS 66219 | | | 1/05 coll | | u | | dup |
| ACCOUNT NO. same<br>Old Navy<br>PO Box 530942<br>Atlanta, GA 30353 | | | 10/04 credit card | | u | | 437.00 |
| ACCOUNT NO. 608896365339396<br>NFO Financial Systems<br>PO Box 30244 Dept. 64<br>Middleburg Heights, OH 44130 | | | 1/05 coll | | u | | dup |
| | | | Subtotal ➢<br>(Total of this page) | | | | $ 2,580.00 |
| | | | Total ➢<br>(Use only on last page of Schedule F) | | | | $ |

Sheet no. 4 of 5 sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

(Report Total also on Summary of Schedules)

15

Form B6F - Continued - (9/97)

USBC, EDCA

| In re BRISTOW, ROBERT LYNN | Case No.: |
|---|---|
| Debtor. | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 63653393961 MCCBG J.C. Penney PO Box 960001 Orlando, FL 32896 | | | 9/04 credit card | | u | | 706.00 |
| ACCOUNT NO. | | | | | u | | |
| ACCOUNT NO. | | | | | u | | |
| ACCOUNT NO. | | | | | u | | |
| ACCOUNT NO. | | | | | u | | |

Sheet no. 5 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ 706.00 |
| Total (Use only on last page of Schedule F) | $ 52,915.00 |

(Report Total also on Summary of Schedules)

16

Form B6G - (10/89)                                                                USBC, EDCA

| In re BRISTOW, ROBERT LYNN                Debtor. | Case No.:                    (If known) |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Wells Fargo PO box 60966 LA, CA | car loase |

Form B6H - (6/90)                                                    USBC, EDCA

In re BRISTOW, ROBERT LYNN          | Case No.:
                            Debtor. |                        (If known)

## SCHEDULE H - CODEBTORS

     Provide the information required concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

18

Form B6I - (6/90)                                              USBC, EDCA

| In re BRISTOW, ROBERT LYNN | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: single | DEPENDENT'S OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | EMPLOYMENT: | | |
| | DEBTOR | SPOUSE | |
| Occupation | | | |
| Name of Employer | | | |
| How Long Employed | | | |
| Address of Employer | | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly.) | $ | $ |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ | $ |
| Less Payroll Deductions | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| Social security or other government assistance (Specify) _____ state disability | $ 1,990.00 | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | $ | $ |
| (Specify) | $ | $ |
| TOTAL MONTHLY INCOME | $ 1,990.00 | $ |

TOTAL COMBINED MONTHLY INCOME $ _____        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6J - (6/90)                                                              USBC, EDCA

| In re BRISTOW, ROBERT LYNN | Case No.: (If known) |

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home)                    $ 1,215.00

Are real estate taxes included?          Yes___X___     No_____
Is property insurance included?          Yes___X___     No_____
Utilities:     Electricity and heating fuel                                          $ 120.00
               Water and sewer                                                       $ 100.00
               Telephone                                                             $_____
               Other_____                                  $_____
Home Maintenance (Repairs and Upkeep)                                                $_____
Food                                                                                 $ 400.00
Clothing                                                                             $ 40.00
Laundry and dry cleaning                                                             $ 40.00
Medical and dental expenses                                                          $_____
Transportation (not including car payments)                                          $ 80.00
Recreation, clubs and entertainment, newspapers, magazines, etc.                     $_____
Charitable contributions                                                             $_____
Insurance (not deducted from wages or included in home mortgage payments):
     Homeowner's or renter's                                                         $_____
     Life                                                                            $_____
     Health                                                                          $_____
     Auto                                                                            $ 200.00
     Other_____                                            $_____
Taxes (not deducted from wages or included in home mortgage payments)
(Specify)_____                                             $_____
Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the
     Auto                                                                            $ 549.00
     Other_____                                            $ 350.00
     Other_____                                            $_____
Alimony, maintenance, and support paid to others                                     $_____
Payments for support of additional dependents not living at your home                $_____
Regular expenses from operation of business, profession, or farm (attach detailed statement) $_____
Other_____                                                 $_____

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)                         $ 3,074.00

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
A.   Total projected monthly income                                                  $_____
B.   Total projected monthly expenses                                                $_____
C.   Excess income (A minus B)                                                       $_____
D.   Total amount to be paid into plan each _____           $_____
                                        (interval)

Form B6 - Continued - (12/94)

USBC, EDCA

In re BRISTOW, ROBERT LYNN
          Debtor.

Case No.:
      (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 18 _____ sheets, and that they are correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1)

Date 5/02/05       Signature _____ Debtor

Date _____       Signature _____
(Joint Debtor, if any)

[If joint case, both spouses must sign]

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

BRENT DA SILVA
Printed or Typed Name of Bankruptcy Petition Preparer

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.
Social Security Number

2311 N. EL DORADO ST.
STOCKTON CALIFORNIA 95204
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

4-7-2005
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C.  § 110; 18 U.S.C.  § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or member or an authorized agent of

the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read

the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____       Signature _____

_____
[Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.  §§ 152 and 3571.*

Form 7 Page 1   (9/00)                                                    USBC, EDCA

| In re | BRISTOW, ROBERT LYNN | Debtor. | Case No.: | (If known) |

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider."  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

1.  **Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐    of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT                           SOURCE (if more than one)

2004   $29,513.00
2003   $44,862.00
2002   $47,646.00
2001   $49,363.00

22

Form 7 Page 2   (9/00)          USBC, EDCA

2.   Income other than from employment or operation of business

None
☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

2004 $3,387.00

3.   Payments to creditors

None
☐   a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Wells Fargo PO Box 60966 Los Angeles, CA 90060 | ea mo | $549.24 | $21,000.00 |
| Chase Home Finance PO box 78420 Phoenix, AZ 85062 | " | 1,215.42 | 178.930.00 |
| Harley Davidson 8529 Inovation Way Chicago, IL 60682 | " | 300.87 | 10,619.00 |

None
☒   b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Form 7 Page 3    (9/00)                                                          USBC, EDCA

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
☒         preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
          information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
          separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

None    b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one
☒         year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
          13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
          unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**5.   Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒       lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
        (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

24

Form 7 Page 4  (9/00)                                                    USBC, EDCA

6.   Assignments and receiverships

None   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the
☒         commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
          by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
          petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

None   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year
☒         immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
          must include information concerning property of either or both spouses whether or not a joint petition is filed,
          unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

7.   Gifts

None   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case
☒     except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
      and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or
      chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

Form 7 Page 5  (9/00)                                                          USBC, EDCA

8.  Losses

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Affordable Document Preparation 2311 N. El Dorado Street Stockton, CA 95204-5409 | 12-16-04 | $125.00 Chapter 7 Document Preparation |

---

10. Other transfers

None
☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

Form 7 Page 6   (9/00)

USBC, EDCA

## 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

27

Form 7 Page 7 (9/00)

### 14. Property held for another person

None ☒   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15. Prior address of debtor

None ☒   If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

### 16. Spouses and Former Spouses

None ☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

Form 7 Page 8   (9/00)                                                              USBC, EDCA

**17. Environmental Information**

None ☒  For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None ☒  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None ☒  c.  List all judicial or administrative proceedings, including settlements and orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

29

Form 7 Page 9   (9/00)                                                                USBC, EDCA

18. Nature, location and name of business

None      a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
[X]            and the beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
               managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within
               the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or
               more of the voting or equity securities within the six years immediately preceding the commencement of this case.

               If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
               businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
               percent or more of the voting securities, within the six years immediately preceding the commencement of this
               case.

               If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
               businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
               percent or more of the voting securities within the six years immediately preceding the commencement of this
               case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|----------------------------|
|      |                      |         |                    |                            |

None      b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in
[X]            11 U.S.C. § 101.

               NAME                                    ADDRESS

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following:
an officer, director, managing executive, or owner of more that 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

       *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business,
as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been
in business within those six years should go directly to the signature page.)*

30

Form 7 Page 10   (9/00)                                                    USBC, EDCA

19.  Books, records and financial statements

None
☒
a.   List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy
     case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

_____

None
☒
b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have
     audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                  DATES SERVICES RENDERED

_____

None
☒
c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of
     account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                      ADDRESS

_____

None
☒
d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
     statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                          DATE ISSUED

_____

31

Form 7 Page 11  (9/00)

### 20. Inventories

None [X]   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

---

None [X]   b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21. Current Partners, Officers, Directors and Shareholders

None [X]   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

---

None [X]   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

32

Form 7 Page 12   (9/00)                                                    USBC, EDCA

22. Former partners, officers, directors and shareholders

None ☐    a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
          preceding the commencement of this case.

        NAME                              ADDRESS              DATE OF WITHDRAWAL

_____

None ☒    b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
          one year immediately preceding the commencement of this case.

        NAME AND ADDRESS              TITLE              DATE OF TERMINATION

_____

23. Withdrawals from a partnership or distributions by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
          compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one
          year immediately preceding the commencement of this case.

        NAME & ADDRESS                                        AMOUNT OF MONEY
        OF RECIPIENT,          DATE AND PURPOSE               OR DESCRIPTION
        RELATIONSHIP TO DEBTOR OF WITHDRAWAL                  AND VALUE OF PROPERTY

_____

Form 7 Page 13   (9/00)                                                    USBC, EDCA

24. Tax Consolidation Group

None   If the debtor is a corporation, list the names and federal taxpayer identification number of the parent corporation of
[x]    any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
       period immediately preceding the commencement of the case.

       NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER

25. Pension Funds

None   If the debtor is not an individual, list the names and federal taxpayer identification number of any pension fund to which
[x]    the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately
       preceding the commencement of the case.

       NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER

Form 7 Page 14　(9/00)　　　　　　　　　　　　　　　　　　　　　USBC, EDCA

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 5/02/05 _____　　Signature _____
　　　　　　　　　　　　　　　　of Debtor

Date _____　　　　　　Signature _____
　　　　　　　　　　　　　　　　of Joint Debtor
　　　　　　　　　　　　　　　　(if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____　　　　　Signature _____

　　　　　　　　　　　　　　　Print Name and Title of individual signing on behalf of debtor

　　　*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

　　　*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.　18 U.S.C. § 152 and 3571.*

――――――――――――――――――――――――――――――――――――――――――――――――――――――
CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11 U.S.C. § 110.)

　　I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

BRENT DA SILVA　　　　　　　　　　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
Printed or Typed Name of Bankruptcy Petition Preparer　　Social Security Number

2311 N. EL DORADO ST.

STOCKTON,　CALIFORNIA　95204
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:


If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____　　　　　　　　　4-7-2005
Signature of Bankruptcy Petition Preparer　　　　　　Date

　　*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of*
　　*Bankruptcy Procedure may result in fines or imprisonment or both.　11 U.S.C. § 110; 18 U.S.C. § 156.*
――――――――――――――――――――――――――――――――――――――――――――――――――――――

___ ___continuation sheets added

35

Form B8 - (9/97)                                                                USBC, EDCA

## United States Bankruptcy Court
## Eastern District of California

| In re | Case No.: |
|---|---|
| BRISTOW, ROBERT LYNN                              Debtor | Chapter: |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a.  *Property to Be Surrendered.*

        Description of Property                    Creditor's Name

    b.  *Property to Be Retained.*              *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2001 Izuzu Rodeo | Wells Fargo Auto Fin | | | x |
| 1994 Harley | HD Credit | | | x |
| house | Chase Home Loans | | | x |

Date: 05/02/05                                                          Signature of Debtor

------------------------------------------------------------------------------------------

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

BRENT DA SILVA                                         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
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number
2311 N. EL DORADO ST.

STOCKTON- CALIFORNIA  95204
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _____                              4-7-2005
Signature of Bankruptcy Petition Preparer                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

36

Form B280 -(12/94)                                                                USBC, ED CA

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **EASTERN DISTRICT OF CALIFORNIA** | |
| In re BRISTOW, ROBERT LYNN | Case No.: |
| Debtor. | DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER |

1.  Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For document preparation services, I have agreed to accept . . . . . . . . . . . . . . . . . . .   $  125.00

    Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . .   $  125.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $   -0-

2.  I have prepared or caused to be prepared the following documents (itemize):

    VOLUNTARY PETITION for Chapter 7 Bankruptcy

    and provided the following services (itemize):


3.  The source of the compensation paid to me was:

    ☒ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor          ☐ Other (specify):

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this banruptcy case.

6.  To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:


NAME: BRENT DA SILVA                          SSN: 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

37

Form B280 Page Two - (12/94)                                    USBC, EDCA

| In re | | Case No.: | |
|---|---|---|---|
| BRISTOW, ROBERT LYNN | Debtor. | | (If known) |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____  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 _____  4-7-2005
         Signature               Social Security Number          Date

Name (Print):    BRENT DA SILVA

Address:      2311 N. EL DORADO ST.

             STOCKTON   CALIFORNIA 95204

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: )
)                    Bankruptcy Case No.
)
BRISTOW, ROBERT LYNN )
)
_____

## NOTICE TO DEBTOR CONCERNING BANKRUPTCY PETITION PREPARERS

Bankruptcy petition preparers are non-attorneys who are not authorized to practice law or give legal advice.

NOTICE IS HEREBY GIVEN that the Court has issued the attached Bankruptcy Petition Preparer Guidelines governing the work performed and fees charged by bankruptcy petition preparers in Eastern District of California cases.

Under the Guidelines, a bankruptcy petition preparer must give the debtor a copy of this notice before taking any money or property from the debtor or on behalf of the debtor for payment and before preparing any papers for filing in the bankruptcy court. The debtor and the bankruptcy petition preparer must sign a copy of this Notice in the spaces provided below. A copy must be furnished to the debtor by the bankruptcy petition preparer, and the original plus one copy must be filed with the Bankruptcy Court.

California law prohibits any non-attorney from rendering legal advice. Legal advice includes, but is not limited to advice concerning the following:

* Whether the debtor should file bankruptcy and the chapter under which the petition should be filed;

* Whether debts will be eliminated or "discharged" in a bankruptcy case;

* Whether the debtor will be able to keep their home after filing a bankruptcy case;

* The tax consequences of filing a bankruptcy case;

* Whether the debtor should promise to repay or "reaffirm" a debt; and

* The exemptions available in bankruptcy, and what property can be claimed as exempt.

Unless approved by the court, a bankruptcy petition preparer may not charge the debtor more than $125 for preparing a bankruptcy petition, including expenses (such as photocopies, postage, telephone charges, and courier services). This fee does not include the petition filing fee. The filing fee must be paid directly to the Clerk of Court by debtor.

39

The attached Guidelines contain additional restrictions.
The debtor shall read the Guidelines in order to know what the
Court requires of bankruptcy petition preparers.

Debtors with questions concerning bankruptcy petition
preparers or who believe that the Guidelines have been violated,
should contact the appropriate Office the the U.S. Trustee
(Sacramento: (916)498-5990; Frasno/Modesto: (209)498-7400.

FOR THE COURT
RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT

---

## DEBTOR'S CERTIFICATION

I, Robert L Breistow, and
the debtor(s) in the above-captioned case, have read and understand
the foregoing information and attached Guidelines.

Dated: 12-16-04

(Debtor's Signature)

Dated: _____

(Joint Debtor's Signature)

---

## BANKRUPTCY PETITION PREPARER'S CERTIFICATION

I, Brent DaSilva, hereby certify under
penalty of perjury that I am the bankruptcy petition preparer who
has assisted the debtor(s) in filing the above-captioned case. I
have not charged fees in excess of the amount allowed in Guideline 2,
nor have I advised the debtor concerning any of the matters referred
to in Guideline 1.

Dated: 12-16-2004

(Bankruptcy Petition Preparer's
Signatures)

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
(Preparer's Social Security)

Brent DaSilva
(Preparer's Printed or Typed Name)

2311 N. El Dorado, Stockton, CA 95204
(Preparer's Address)

40